IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00550-BNB

DARRYL MARTIN,

Plaintiff,

v.

CROWLEY COUNTY HEARING BOARD MEMBER,
LIEUTENANT MASON,
MS. SCHARTZ,
CHAIRPERSON LIEUTENANT RUBIO,
ADMINISTRATIVE HEAD,
WARDEN,
INVESTIGATOR, and
DIRECTOR PRIVATE PRISON MONITORING UNIT,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 6 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On April 25, 2008, Plaintiff was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). Plaintiff, also, was instructed to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Rather than paying the filing fee, Plaintiff filed a Notice of Appeal with the United States Court of Appeals for the Tenth Circuit. Plaintiff now has failed to pay the filing fee within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Plaintiff failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this 5 day of June, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00550-BNB

Darryl Martin
Prisoner No. 61336
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** the above-named individuals on 6/6/08

                        GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk